IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| GLENN OBST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TA OPERATING LLC, doing business as TRAVELCENTERS OF AMERICA,<br><br>　　　　Defendant. | Case No.:<br><br>COMPLAINT FOR PERSONAL INJURY<br>(Negligence)<br><br>CLAIM IS NOT SUBJECT TO MANDATORY ARBITRATION<br><br>Claim: $201,002.66<br>ORS 21.160 (1)(c) |

Plaintiff alleges:

**CLAIM FOR RELIEF**

(Negligence-Personal Injury)

1.

At all material times, plaintiff was and is now, an individual residing in California with occasional business travel to Oregon. At all material times, defendant was, and is now, an Ohio corporation authorized to do business in the State of Oregon.

2.

Prior to December 26, 2017 plaintiff Glenn Obst was working as an over-the-road truck driver in the course and scope of this employment with Redding Lumber Transport. Plaintiff stopped to spend the night in Troutdale, Oregon at defendant TA Operating LLC, doing business as TravelCenters of America ("TA").

/ / /

Page 1 – COMPLAINT FOR PERSONAL INJURY (Negligence)

MACMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 S.W. FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

**Exhibit 1**
**Page 1 of 3**

3.

On or around December 26, 2017, plaintiff was walking across the TA parking lot in icy conditions.  Plaintiff was seriously injured when he slipped and fell in the TA parking lot.

4.

At all material times herein, the defendant was negligent in failing in its duty to maintain and keep its premises in a reasonably safe condition for plaintiff and other guests, and further foreseeably caused plaintiff's injuries, in one or more of the following particulars:

(a)  In failing to clear the TA parking lot of icy conditions for reasonably foreseeable uses when it knew or should have known that failure to do so would pose an unreasonable risk of injury to plaintiff and other guests;

(b)  In failing to warn guests using the TA parking lot by means of signage or a verbal statement of the hazardous icy conditions of the TA parking lot when it knew or should have know conditions were hazardous and guests were using the TA parking lot to access their vehicles or rooms of the TA;

(c)  In failing to reasonably inspect the premises to identify the hazard created by the icy TA parking lot; and

(d)  In failing to prevent patrons from using the TA parking lot until such time that it could be made safe.

5.

As a direct and proximate result of defendant's negligence, plaintiff suffered a fractured knee.  Treatment of this injury necessitated extensive medical treatment including surgery. This injury caused and continue to cause plaintiff pain, suffering discomfort, inconvenience, embarrassment, mental distress and interference in his usual activities on a permanent basis, all to his noneconomic damages in the amount of 150,000.00.

/ / /

Page 2 – COMPLAINT FOR PERSONAL INJURY (Negligence)

MACMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 S.W. FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165

**Exhibit 1**
**Page 2 of 3**

6.

As a further direct result of defendant's negligence, plaintiff has incurred reasonable and necessary medical expenses in the amount not less than $60,002.66.  Plaintiff reserves the right to amend this amount prior to the time of trial.

7.

WHEREFORE, plaintiff prays for judgment against defendant in the amount of $150,000 noneconomic damages, $60,002.66 economic damages, and for costs, disbursements and pre-judgment interests incurred herein, and such other relief as the Court deems proper.

DATED this Thursday, December 26, 2019.

MacMILLAN, SCHOLZ & MARKS, P.C.


By: */s/ Eric D. Virshbo*
ERIC D. VIRSHBO,   #021078
evirshbo@msmlegal.com
of Attorneys for Plaintiff

Page 3 – COMPLAINT FOR PERSONAL INJURY (Negligence)

MACMILLAN, SCHOLZ & MARKS, P.C.
ATTORNEYS AT LAW
900 S.W. FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON  97204
TELEPHONE (503) 224-2165

**Exhibit 1**
**Page 3 of 3**